# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                    CASE NO. 4:20cv57-RH-MAF

HEART TO HEART ACADEMY,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

As the report and recommendation correctly concludes, the complaint in this case asserts the very same claim the plaintiff already lost on the merits in an earlier case. In his objections, the plaintiff does not assert the contrary, nor could he reasonably do so.

For ease of reference, copies of the amended complaint, judgment, and mandate dismissing the appeal in the earlier case are attached to this order. Judicial

notice is taken of these materials. *See* Fed. R. Evid. 201(b)(2). The plaintiff had an opportunity, in response to the report and recommendation, to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed. *See* Fed. R. Evid. 201(e). And he may be heard further on this subject if he moves to alter or amend the judgment that will be entered based on this order.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice." The clerk must close the file.

SO ORDERED on April 10, 2020.

> s/Robert L. Hinkle
> United States District Judge